United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12220-ref
Gerald M. Thompson                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen           Page 1 of 1           Date Rcvd: Aug 31, 2017
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db             Gerald M. Thompson,    7001 Central Rd,    Germansville, PA   18053-2330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13892329       E-mail/Text: bankruptcyteam@quickenloans.com Sep 01 2017 02:13:46      Quicken Loans,
               1050 Woodward Ave,    Detroit, MI   48226-1906
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              JOHN EVERETT COOK    on behalf of Debtor Gerald M. Thompson bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gerald M. Thompson aka Gerald Thompson<br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| Quicken Loans Inc.<br>　　　　　　　　Movant<br>　　vs. | NO. 17-12220 REF |
| Gerald M. Thompson aka Gerald Thompson<br>　　　　　　　　Debtor(s) | |
| David Alan Eisenberg Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is GRANTED and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection of Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 7001 Central Road, Germansville, PA 18053 ("Property"), so as to allow Movant, its successor or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Curt remedies.

**Date: August 31, 2017**

_____
Richard E. Fehling, Bankruptcy Judge.