**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                                                          :        Chapter 13

Gerald M. Thompson

       Debtor(s)                              :        Bankruptcy No. 17-12220


NOTICE


To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

   1.    This matter is reassigned to the calendar of the Honorable Jean K. FitzSimon from the calendar of the Honorable Richard Fehling


Dated: 08/27/2019

                                              FOR THE COURT

                                              TIMOTHY B. MCGRATH
                                              CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee