## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Gerald M. Thompson | : | No. 17-12220 JKF |
| | Debtor | : | Chapter 7 |

### CERTIFICATE OF NO RESPONSE

I, Everett Cook, Esquire, counsel for the Debtor, hereby certify that on August 26, 2019 a Motion to Reopen Chapter 7 Bankruptcy Case was served on the creditors and parties in interest on the attached Label Matrix and the following:

Office of the U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Gerald Thompson
7001 Central Road
Germansville PA 18053

Matteo Samuel Weiner
KML Group, P.C.
702 Market St., Ste. 5000
Philadelphia PA 19106

David Eisenberg, PC
4167 Winchester Rd.
Allentown PA 18104

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St., Ste. 5000
Philadelphia PA 19106

The above-named have failed to file on or before September 17, 2019, (21 Days from date of filing), any Answer, Objection or other responsive pleading.

Dated: 9/18/19          Signed: /s/ Everett Cook
                        By: Everett Cook, Esq.
                        The Law Offices of Everett Cook, P.C.
                        2309 Macarthur Road
                        Whitehall, PA, 18052
                        610.351.3566
                        610.351.3556 FAX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 17-12220-ref<br>Eastern District of Pennsylvania<br>Reading<br>Mon Aug 26 14:19:59 EDT 2019 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 | A P C I Federal Credit<br>7201 Hamilton Blvd<br>Allentown, PA 18195-9642 |
| Beyond Xpectations Inc.<br>5962 La Place Ct Ste 100<br>Carlsbad, CA 92008-8807 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital Once<br>%Sherman Originators III LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| Chase Auto<br>PO Box 901003<br>Fort Worth, TX 76101-2003 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Discover<br>PO Box 742655<br>Cincinnati, OH 45274-2655 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Marilyn Thompson<br>502 N Oak St<br>Lititz, PA 17543-6804 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Quicken Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-1906 | Tri State Financial Incorporated<br>& Travel Advantage Network<br>PO Box 311-672<br>Millersville, MD 21108 |
| DAVID ALAN EISENBERG<br>David A. Eisenberg, Esquire<br>4167 Winchester Road<br>Allentown, PA 18104-1951 | Gerald M. Thompson<br>7001 Central Rd<br>Germansville, PA 18053-2330 | JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, tX 75016-8088 | (d)Am Honda Fin<br>201 Little Falls Dr<br>Wilmington, DE 19808-1674 | Bk of Amer<br>PO Box 982238<br>El Paso, TX 79998-2238 |
| Discover Bank<br>PO Box 15316<br>Wilmington, DE 19850-5316 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.                        End of Label Matrix
                                             Mailable recipients    20
                                             Bypassed recipients     1
                                             Total                  21