## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Gerald M. Thompson | : | No. 17-12220 |
| | Debtor | : | Chapter 7 |
| | | : | |

## ORDER

**AND NOW**, upon consideration of the within Motion, and no objection having been made thereto,

**IT IS HEREBY ORDERED AND DECREED** that the Chapter 7 Bankruptcy Case No: 17-12220 is hereby reopened so that the Debtor may file the Certificate of Debtor Education, obtain a Discharge of Debts and thereafter reclose his bankruptcy case.

BY THE COURT:

_____

Judge Jean K. FitzSimon

dated: 9/26/19