Certificate Number: 15317-PAE-DE-033192443

Bankruptcy Case Number: 17-12220



15317-PAE-DE-033192443

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2019</u>, at <u>12:46</u> o'clock <u>PM PDT</u>, <u>Gerald Thompson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 1, 2019</u>                By:    <u>/s/Eunice Francia</u>

                                        Name:  <u>Eunice Francia</u>

                                        Title: <u>Counselor</u>