United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12220-jkf
Gerald M. Thompson                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: John    Page 1 of 2    Date Rcvd: Sep 26, 2019
    Form ID: pdf900    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2019.
```
db              #Gerald M. Thompson,    7001 Central Rd,    Germansville, PA  18053-2330
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13892318         A P C I Federal Credit,    7201 Hamilton Blvd,    Allentown, PA  18195-9642
13892321        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
13892320         Beyond Xpectations Inc.,    5962 La Place Ct Ste 100,    Carlsbad, CA  92008-8807
13892322         Capital Once,    %Sherman Originators III LLC,    PO Box 10497,    Greenville, SC  29603-0497
13892323         Chase Auto,    PO Box 901003,    Fort Worth, TX  76101-2003
13892324         Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
13892325         Discover,    PO Box 742655,    Cincinnati, OH  45274-2655
13892328         Marilyn Thompson,    502 N Oak St,    Lititz, PA  17543-6804
13892330         Tri State Financial Incorporated,    & Travel Advantage Network,    PO Box 311-672,
                  Millersville, MD  21108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 03:07:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2019 03:07:33     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 27 2019 03:07:28
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                  Irving, tX  75016-8088
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 03:13:54      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13892326         E-mail/Text: mrdiscen@discover.com Sep 27 2019 03:07:00     Discover Bank,    PO Box 15316,
                  Wilmington, DE  19850-5316
13892327         E-mail/Text: mrdiscen@discover.com Sep 27 2019 03:07:00     Discover Fin Svcs LLC,
                  PO Box 15316,    Wilmington, DE  19850-5316
13929942        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2019 03:25:05
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13892329         E-mail/Text: bankruptcyteam@quickenloans.com Sep 27 2019 03:07:32     Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI  48226-1906
                                                                                               TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13892319*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:  Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE  19808-1674)
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-4             User: John                  Page 2 of 2                   Date Rcvd: Sep 26, 2019
                                 Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              DAVID ALAN EISENBERG    wa3hvr@gmail.com,   deisenberg@ecf.axosfs.com
              JOHN EVERETT COOK    on behalf of Debtor Gerald M. Thompson bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Gerald M. Thompson     :     No. 17-12220
                       Debtor     :     Chapter 7
                                         :

## ORDER

**AND NOW**, upon consideration of the within Motion, and no objection having been made thereto,

**IT IS HEREBY ORDERED AND DECREED** that the Chapter 7 Bankruptcy Case No: 17-12220 is hereby reopened so that the Debtor may file the Certificate of Debtor Education, obtain a Discharge of Debts and thereafter reclose his bankruptcy case.

BY THE COURT:

dated: 9/26/19

_/s/ Jean K. FitzSimon_
Judge Jean K. FitzSimon