United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-12220-jkf
Gerald M. Thompson                                                  Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: JEGilmore        Page 1 of 2           Date Rcvd: Nov 18, 2019
                             Form ID: 318           Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
```
db              #Gerald M. Thompson,    7001 Central Rd,    Germansville, PA  18053-2330
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13892318         A P C I Federal Credit,    7201 Hamilton Blvd,    Allentown, PA  18195-9642
13892319        ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:  Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE  19808-1674)
13892320         Beyond Xpectations Inc.,    5962 La Place Ct Ste 100,    Carlsbad, CA  92008-8807
13892322         Capital Once,    %Sherman Originators III LLC,    PO Box 10497,    Greenville, SC  29603-0497
13892323         Chase Auto,    PO Box 901003,    Fort Worth, TX  76101-2003
13892325         Discover,    PO Box 742655,    Cincinnati, OH  45274-2655
13892328         Marilyn Thompson,    502 N Oak St,    Lititz, PA  17543-6804
13892330         Tri State Financial Incorporated,    & Travel Advantage Network,    PO Box 311-672,
                 Millersville, MD  21108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 04:08:42
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2019 04:09:06      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13892321         EDI: BANKAMER.COM Nov 19 2019 08:58:00      Bk of Amer,    PO Box 982238,
                  El Paso, TX  79998-2238
13892324         EDI: CHASE.COM Nov 19 2019 08:58:00      Chase Card,    PO Box 15298,
                  Wilmington, DE  19850-5298
13892326         EDI: DISCOVER.COM Nov 19 2019 08:58:00      Discover Bank,    PO Box 15316,
                  Wilmington, DE  19850-5316
13892327         EDI: DISCOVER.COM Nov 19 2019 08:58:00      Discover Fin Svcs LLC,    PO Box 15316,
                  Wilmington, DE  19850-5316
13929942        +EDI: PRA.COM Nov 19 2019 08:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
13892329         E-mail/Text: bankruptcyteam@quickenloans.com Nov 19 2019 04:09:05      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI  48226-1906
                                                                                  TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4            User: JEGilmore           Page 2 of 2              Date Rcvd: Nov 18, 2019
                               Form ID: 318               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
         DAVID ALAN EISENBERG   wa3hvr@gmail.com,  deisenberg@ecf.axosfs.com
         JOHN EVERETT COOK    on behalf of Debtor Gerald M. Thompson bankruptcy@everettcooklaw.com,
 G29494@notify.cincompass.com
         MATTEO SAMUEL WEINER   on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                           TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gerald M. Thompson** | Social Security number or ITIN | **xxx–xx–1877** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **17–12220–jkf**

---

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gerald M. Thompson
aka Gerald Thompson

<u>11/18/19</u>

**By the court:**  <u>Jean K. FitzSimon</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---